UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NICOLE NOBLES,**

    **Plaintiff,**                                        CASE NO.:   8:18-cv-02659-VMC-JSS

v.

**NCC BUSINESS SERVICES, INC., and
MICHAELSON GROUP, INC.,**

    **Defendants.**
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**COMES NOW**, Plaintiff, **NICOLE NOBLES** ("Plaintiff"), by and through the undersigned counsel, and hereby pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) notifies this Court that Plaintiff's cause against Defendant, **MICHAELSON GROUP, INC**, should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this **January 16, 2019**,

                                                           /s/  Kaelyn Steinkraus
                                                           Kaelyn Steinkraus, Esq.
                                                           Florida Bar No. 125132
                                                           kaelyn@zieglerlawoffice.com

                                                           /s/ Michael A. Ziegler
                                                          Michael A. Ziegler, Esq.
                                                          Florida Bar No. 74864
                                                          mike@zieglerlawoffice.com

                                                           Law Office of Michael A. Ziegler, P.L.
                                                           13575 58th Street North, Ste. 129
                                                           Clearwater, FL 33760
                                                           (p)  (727) 538-4188
                                                           (f)  (727) 362-4778
                                                           *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of January, 2019, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Kaelyn Steinkraus
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132